# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PAULA J. KARAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil no. 2:12-cv-00116-NT |
| | ) |
| HANNAFORDS SUPERMARKET, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 30, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on May 10, 2012 and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. For the reasons set forth in the Recommended Decision, it is ORDERED that the Plaintiff's request to proceed in forma pauperis on appeal is DENIED.

3. It is further ORDERED that the entire matter be transmitted to the Court of Appeals for any further proceedings.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 29th day of May, 2012.